IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-443-F

| | | |
|---|---|---|
| PATRICK DEON SOLOMON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RALEIGH POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") [DE-3] of United States Magistrate Judge Robert B. Jones, Jr. The *pro se* Plaintiff has filed an Objection [DE-5] thereto.

In the M&R, Judge Jones recommends that Plaintiff's complaint be dismissed for failure to state a claim for which relief may be granted. Specifically, Judge Jones observes that the sum of Plaintiff's allegations consist of "violation of my 4th amendment right," "unlawful search & seizure," "illegal detainment" and "unlawful imprisonment." *See* M&R [DE-3] p. 4. In his Objection [DE-5], Plaintiff merely states: "I am writing this letter as my objection to the M&R filed 7-29-13."

After an independent and thorough review of the Magistrate Judge's M & R and a review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R. This case is therefore DISMISSED.

SO ORDERED.

This 2nd day of October, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge