UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK DEON SOLOMON, </br> Plaintiff, | ) </br> ) </br> ) | |
| v. | ) </br> ) </br> ) | **JUDGMENT** </br> No. 5:13-CV-443-F |
| RALEIGH POLICE DEPARTMENT, </br> Defendant. | ) </br> ) </br> ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that after an independent and thorough review of the Magistrate Judge's M&R and a review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M&R. This case is therefore DISMISSED.

**This Judgment Filed and Entered on October 2, 2013, and Copies To:**

Patrick Deon Solomon (1311 Burning Bush Lane, Apt. 207, Raleigh, NC 27614)

| | |
|---|---|
| DATE </br> October 2, 2013 | JULIE A. RICHARDS, CLERK </br> /s/ Susan K. Edwards </br> (By) Susan K. Edwards, Deputy Clerk |